MICHELLE D. SPENCER, CBN 164696
LAW OFFICE OF MICHELLE D. SPENCER
55 River Street, Suite 100
Santa Cruz, CA 95060
Tel:  831 458 0502
Fax: 831 515 5053

Attorney for Octavio Paque

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MISAEL BARAJAS,<br>OCTAVIO PAQUE, AND<br>OMAR FERNANDO PERALTA SANCHEZ,<br><br>Defendants. | CASE NO:  CR19-00611-BLF<br><br>JOINT STIPULATION AND ORDER CONTINUING STATUS CONFERENCE TO JANUARY 12, 2021 |

The parties, by and through their respective counsel, hereby stipulate, subject to the Court's approval, that the Court continue the status conference from October 6, 2020 at 9:00 a.m. to January 12, 2021 at 9:00 a.m.

The government has produced discovery including more than 700 Spanish language audio recordings and will continue to provide additional discovery as it is received.  The

- 1 -

Stipulation and Order Continuing Status Conference

defense requires additional time to review the discovery and investigate the case.  Further, the ongoing public health crisis has hampered defense counsels' ability to meet with their clients, relevant personnel, witnesses, and has impeded necessary investigative efforts.  Accordingly, the parties respectfully request that the Court continue the status conference to January 12, 2021 at 9:00 a.m.

The parties further stipulate that the time period October 6, 2020 through and including January 12, 2021 should be excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A) and 3161(h)(7)(B)(iv) in the interest of justice to permit effective defense investigation and preparation during the ongoing public health emergency, allow sufficient time for the parties to evaluate the discovery provided and make informed decisions concerning this case.

IT IS SO STIPULATED.

Respectfully submitted,
DAVID L. ANDERSON
United States Attorney

Dated:  September 30, 2020             _____/S/_____
SARAH E. GRISWOLD
Assistant United States Attorney

Dated:  September 30, 2020             _____/S/_____
CARLEEN R. ARLIDGE
Attorney for MISAEL BARAJAS

Dated: September 30, 2020              _____/S/_____
MICHELLE D. SPENCER
Attorney for OCTAVIO PAQUE

Dated:  September 30, 2020             _____/S/_____
ALFREDO M. MORALES
Attorney for OMAR FERNANDO PERALTA SANCHEZ

- 2 -

Stipulation and Order Continuing Status Conference

ORDER

GOOD CAUSE APPEARING, and upon the stipulation of the parties,

IT IS HEREBY ORDERED that the status conference in this matter shall be continued from October 6, 2020 to January 12, 2021 at 9:00 a.m.  The Court finds that the ends of justice outweigh the best interests of the public and the defendants in a speedy trial, and that for the reasons stated in the stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from October 6, 2020 through and including January 12, 2021 pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv) for effective defense investigation and preparation during this public health emergency, continuity of counsel, and in the interests of justice.

Dated: September 30, 2020

_____
HONORABLE BETH LABSON FREEMAN
United States District Judge